UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-62166-CIV-SINGHAL

828 MANAGEMENT, LLC, et al.,

    Plaintiffs,

v.

BROWARD COUNTY, a political subdivision of
the State of Florida,

    Defendant.
_____/

## ORDER SETTING TELEPHONIC HEARING

**THIS CAUSE** is before the Court on the Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Incorporated Memorandum of Law (DE [8]). Having considered the motion, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that a 3-hour telephonic hearing is scheduled for **Thursday, November 19, 2020, at 2:00 p.m.** The hearing will be conducted via ZOOM Video Conference. Instructions to appear by ZOOM Video Conference will be forthcoming.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of November 2020.

                                                  RAAG SINGHAL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF