UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-62166-SINGHAL/VALLE

828 MANAGEMENT, LLC d/b/a THE HUB;
2ND STREET ENTERPRISES, INC. d/b/a
CAPONE'S; THREE LEGGED DOG, LLC
d/b/a LUCKY'S TAVERN; 111 SW 2ND AVE,
LLC d/b/a SWAY NIGHTCLUB; MAGIOS,
INC. d/b/a EBAR CLUB 13; EIM
ENTERPRISES, INC. d/b/a #00 SHATO; JOHR
GROUP, INC. d/b/a EURO NIGHT CLUB;
GRAND CAFÉ, INC.; D'LUX RESTAURANT
AND BAR, LLC d/b/a HOLLYWOOD LIVE;
and TROY CABRERA,

      Plaintiffs,

v.

BROWARD COUNTY, a political subdivision
of the State of Florida,

      Defendant.

---

**NOTICE OF APPEAL BY DEFENDANT BROWARD COUNTY**

Notice is hereby given that Defendant Broward County ("County"), by and through the undersigned counsel, in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from Order Granting Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction and Incorporated Memorandum of Law (DE 48) entered in this action on the 21st day of December, 2020.

Dated: December 29, 2020            Respectfully submitted,

                                              Andrew J. Meyers
                                              Broward County Attorney
                                              115 S. Andrews Avenue, Suite 423
                                              Fort Lauderdale, FL 33301
                                              Telephone: (954) 357-7600
                                              Facsimile: (954) 357-7641

2

By: */s/ Annika E. Ashton*
Annika E. Ashton
Deputy County Attorney
Florida Bar No. 53970
aashton@broward.org
Kristen McIntosh
Assistant County Attorney
Florida Bar No. 1003315
kmmcintosh@broward.org
Adam Katzman
Assistant County Attorney
Florida Bar No. 652431
akatzman@broward.org
*Counsel for Defendant Broward County*