FILED BY **HH** D.C.

**Jan 4, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEAL
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 04, 2021

Annika Ashton
Broward County Attorney's Office
115 S ANDREWS AVE STE 423
FORT LAUDERDALE, FL 33301

Adam Katzman
Broward County Attorney's Office
115 S ANDREWS AVE STE 423
FORT LAUDERDALE, FL 33301

Kristen Monet McIntosh
Broward County Attorney's Office
115 S ANDREWS AVE STE 423
FORT LAUDERDALE, FL 33301

Andrew J. Meyers
Broward County Attorney's Office
115 S ANDREWS AVE STE 423
FORT LAUDERDALE, FL 33301

Appeal Number:  20-14868-E
Case Style:  828 Management, LLC, et al v. Broward County
District Court Docket No:  0:20-cv-62166-AHS

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who

wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM DECEMBER 30, 2020. See 11th Cir. R. 12-1 and 31-1.


Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

DKT-2 Appeal WITH Deficiency

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-62166-SINGHAL/VALLE

828 MANAGEMENT, LLC d/b/a THE HUB;
2ND STREET ENTERPRISES, INC. d/b/a
CAPONE'S; THREE LEGGED DOG, LLC
d/b/a LUCKY'S TAVERN; 111 SW 2ND AVE,
LLC d/b/a SWAY NIGHTCLUB; MAGIOS,
INC. d/b/a EBAR CLUB 13; EIM
ENTERPRISES, INC. d/b/a #00 SHATO; JOHR
GROUP, INC. d/b/a EURO NIGHT CLUB;
GRAND CAFÉ, INC.; D'LUX RESTAURANT
AND BAR, LLC d/b/a HOLLYWOOD LIVE;
and TROY CABRERA,

      Plaintiffs,

v.

BROWARD COUNTY, a political subdivision
of the State of Florida,

      Defendant.

## NOTICE OF APPEAL BY DEFENDANT BROWARD COUNTY

Notice is hereby given that Defendant Broward County ("County"), by and through the

undersigned counsel, in the above named case hereby appeals to the United States Court of Appeals

for the Eleventh Circuit from Order Granting Plaintiffs' Motion for Temporary Restraining Order,

Preliminary Injunction and Incorporated Memorandum of Law (DE 48) entered in this action on

the 21st day of December, 2020.

Dated: December 29, 2020          Respectfully submitted,

                        Andrew J. Meyers
                        Broward County Attorney
                        115 S. Andrews Avenue, Suite 423
                        Fort Lauderdale, FL 33301
                        Telephone: (954) 357-7600
                        Facsimile: (954) 357-7641