UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-62166-SINGHAL/VALLE

828 MANAGEMENT, LLC d/b/a THE HUB;
2ND STREET ENTERPRISES, INC. d/b/a
CAPONE'S; THREE LEGGED DOG, LLC
d/b/a LUCKY'S TAVERN; 111 SW 2ND AVE,
LLC d/b/a SWAY NIGHTCLUB; MAGIOS,
INC. d/b/a EBAR CLUB 13; EIM
ENTERPRISES, INC. d/b/a #00 SHATO; JOHR
GROUP, INC. d/b/a EURO NIGHT CLUB;
GRAND CAFÉ, INC.; D'LUX RESTAURANT
AND BAR, LLC d/b/a HOLLYWOOD LIVE;
and TROY CABRERA,

    Plaintiffs,

v.

BROWARD COUNTY, a political subdivision
of the State of Florida,

    Defendant.

## BROWARD COUNTY'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Defendant Broward County ("County"), through the undersigned counsel, hereby files this Notice of Supplemental Authority in support of its Motion to Dismiss [D.E. 11].

After the County's Motion to Dismiss was fully briefed, the Hon. Robert N. Scola, Jr., decided *7020 Entertainment, LLC, et al. v. Miami-Dade County*, No. 20-25138-CIV, 2021 WL 516282 (S.D. Fla. Feb. 11, 2021), which addresses claims nearly identical to those raised by Plaintiffs in this case. The plaintiffs in *7020 Entertainment* challenged portions of Miami-Dade County's COVID-19 emergency orders on the grounds that the curfew imposed therein violates the First Amendment, the Equal Protection Clause, and the Florida Constitution; is preempted by Governor DeSantis's Executive Order 20-244; and is invalid as an ultra vires act. The Court in

*7020 Entertainment* dismissed the complaint on all counts, determining that Miami-Dade County's curfew does not violate the U.S. Constitution or Florida Constitution, nor is it preempted or an ultra vires act.

 A copy of the Court's recent order in *7020 Entertainment* is attached.

Dated: February 16, 2021      Respectfully submitted,

                Andrew J. Meyers
                Broward County Attorney
                115 S. Andrews Avenue, Suite 423
                Fort Lauderdale, FL 33301
                Telephone: (954) 357-7600
                Facsimile: (954) 357-7641

                By: */s/ Annika Ashton*
                  Annika Ashton, Florida Bar No. 53970
                  aashton@broward.org
                  Adam Katzman, Florida Bar No. 652431
                  akatzman@broward.org
                  Kristen McIntosh, Florida Bar No. 1003315
                  kmmcintosh@broward.org