# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED BY _____AP_____ D.C.

May 18, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

May 18, 2021

Annika Ashton
Broward County Attorney's Office
115 S ANDREWS AVE STE 423
FORT LAUDERDALE, FL 33301

Joseph Jarone
Broward County Attorney's Office
115 S ANDREWS AVE STE 423
FORT LAUDERDALE, FL 33301

Michael James McMullen
Cohen & McMullen, PA
1132 SE 3RD AVE
FORT LAUDERDALE, FL 33316

Appeal Number: 20-14868-DD
Case Style: 828 Management, LLC, et al v. Broward County
District Court Docket No: 0:20-cv-62166-AHS

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bradly Wallace Holland, DD/br
Phone #: 404-335-6181

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14868-V

_____

828 MANAGEMENT, LLC,
agent of The Hub,
2ND STREET ENTERPRISES, INC.,
d.b.a. Capone's,
THREE LEGGED DOG, LLC,
d.b.a. Lucky's Tavern,
111 SW 2ND AVE, LLC,
agent of Sway Nightclub,
MAGIOS, INC.,
d.b.a. EBAR Club 13, et al.,

                                      Plaintiffs - Appellees,

versus

BROWARD COUNTY,

                                      Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

Appellees' unopposed Motion to Dismiss as Moot is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION